IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>AP GAS & ELECTRIC (PA), LLC<br><br>   Defendant. | Case No. 2:22-cv-1299-MPK |

**NOTICE OF RESOLUTION**

  Plaintiff Stewart Abramson ("Plaintiff") and Defendant AP Gas & Electric (PA), LLC ("Defendant," and collectively with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual basis. The Parties anticipate that a notice of voluntary dismissal in this regard will be filed in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss this matter at this time.

Dated: October 31, 2023

                Respectfully submitted,
                By: /s/ Anthony I. Paronich
                Anthony I. Paronich
                Paronich Law, P.C.
                350 Lincoln Street, Suite 2400
                Hingham, MA 02043
                [o] (617) 485-0018
                [f] (508) 318-8100
                anthony@paronichlaw.com

                *Attorneys for Plaintiff and the Putative Class*

2

## **CERTIFICATE OF SERVICE**

I, hereby certify that on October 31, 2023, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony I. Paronich*
Anthony I. Paronich