IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>AP GAS & ELECTRIC (PA), LLC<br><br>Defendant. | Case No. 22-cv-1299<br><br>Re: ECF No. 54 |

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party bearing its own fees and costs.

Dated: December 18, 2023

AND NOW, this _19th_ day of _December_, 20_23_,
IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by,

PLAINTIFF,
By his attorneys
/s/ Anthony I. Paronich

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

DEFENDANT,
By its attorneys
/s/ A. Paul Heeringa (with permission)

1

JOHN W. MCGUINNESS (*pro hac vice*)
A. PAUL HEERINGA (*pro hac vice*)
**MANATT, PHELPS & PHILLIPS, LLP**
Washington Square
1050 Connecticut Avenue, NW, Suite 600
Washington, D.C., 20036
(202) 585-6500
jmcguinness@manatt.com
pheeringa@manatt.com

FREDERICK P. SANTARELLI
Pennsylvania Bar No. 53901
STEVEN C. TOLLIVER, JR.
Pennsylvania Bar No. 327165
**ELLIOTT GREENLEAF, P.C.**
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023 the foregoing was filed through the Court's CM/ECF system, giving notice to all parties of record.

/s/ *Anthony I. Paronich*